UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No: 1:25-cr-79-LM-TSM-01 |
| v. | ) | 18 U.S.C § 2252A(a)(2) & (b)(1) |
| | ) | 18 U.S.C. § 2252A(a)(5)(B) & (b)(2) |
| | ) | |
| JOSEPH W. BARAN | ) | |
| | ) | |

# **INDICTMENT**

The Grand Jury Charges:

## **Count One**

[18 U.S.C. § 2252A(a)(2) &(b)(1) – Distribution of Child Pornography]

On or about July 11, 2025, in the District of New Hampshire, the defendant,

JOSEPH W. BARAN,

did knowingly distribute any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and such materials were transported using any means and facility of interstate and foreign commerce, and in and affecting interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(2).

## **Count Two**

[18 U.S.C. § 2252A(a)(5)(B) & (b)(2)– Possession of and Access with Intent to View Child Pornography]

On or about August 21, 2025, in the District of New Hampshire, the defendant,

JOSEPH W. BARAN,

did knowingly possess and access with intent to view material that contained one or more images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, and such images were transported using any means and facility of interstate and foreign commerce, and in and affecting

interstate commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offenses alleged in Count One and Two of the Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property, real or personal, constituting or traceable to gross profits and other proceeds from the charged offenses, and any property, real or personal, used or intended to be used in any manner or part to commit and to promote the the commission of the charged offenses and any property traceable to such property, including, but not limited to (1) a Hewlett-Packard laptop.

A TRUE BILL

Dated: September 17, 2025

/s/ Grand Jury Foreperson
Grand Jury Foreperson

ERIN CREEGAN
United States Attorney

/s/ Matthew Vicinanzo
Matthew Vicinanzo
Assistant U.S. Attorney